**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00200-CR**
_____

**DYLAN PAUL TICE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 20-34,902**
_____

**MEMORANDUM OPINION**

In an open plea, appellant Dylan Paul Tice pleaded guilty to the offense of violation of a protective order with previous convictions, a third-degree felony. *See* Tex. Penal Code Ann. § 25.07(g)(2). After conducting a sentencing hearing, the trial court found Tice guilty of the offense of violation of a protective order with previous convictions and assessed Tice's punishment at six years of confinement.

Tice's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See*

1

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On July 27, 2022, we granted an extension of time for Tice to file a *pro se* brief. We received no response from Tice.

We have independently reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. *See Anders*, 386 U.S. at 744. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on October 28, 2022
Opinion Delivered November 9, 2022
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1]Tice may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2